IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH R. MITCHELL, | § | |
| #25054391, | § | |
| PETITIONER, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:26-CV-124-E-BK |
| | § | |
| STATE OF TEXAS, | § | |
| RESPONDENT. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the felony offenses in Case Nos. F2018942 and F2018930 are **REMANDED** *sua sponte* to the Dallas County Criminal District Court No. 1 for lack of jurisdiction. 28 U.S.C. § 1455(b)(4).

The Clerk of the Court is **directed** to close this case.

SO ORDERED this 23rd day of April, 2026.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE